IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY N. JACOBSON,

    Plaintiff,                             No. CIV S-08-1828 LKK GGH PS

    vs.

DEPARTMENT OF THE ARMY             ORDER
BOARD FOR CORRECTION OF
MILITARY RECORDS,

    Defendant.

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915.  This case is referred to this court pursuant to E. D. Cal. L. R. 72-302(c)(21) and 28 U.S.C. § 636(b)(1).

        On September 16, 2008, plaintiff filed a document entitled, "new attachment to complaint."  It appears that plaintiff is seeking to add new claims.

        The Federal Rules of Civil Procedure provide that a party may amend his or her pleading "once as a matter of course at any time before a responsive pleading is served."  Fed. R. Civ. P. 15(a).  However, an amended or supplemental complaint supersedes the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once an amended pleading is filed, the original pleading no longer serves any function in the case.  Id.; see also E.D. Local

1

Rule 15-220. Although the allegations of this pro se complaint are held to "less stringent standards than formal pleadings drafted by lawyers," Haines v. Kerner, 404 U.S. 519, 520 (1972) (per curiam), plaintiff will be required to comply with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California.

If plaintiff seeks to add the claims listed in his new attachment, he must file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his amended complaint within thirty days of this order. If plaintiff fails to file an amended complaint, the action will proceed on the original complaint.

2. Upon filing an amended complaint or expiration of the time allowed therefor, the court will make further orders for service of process.

DATED: 09/24/08                                    /s/ Gregory G. Hollows
                                                   _____
                                                   GREGORY G. HOLLOWS
                                                   U. S. MAGISTRATE JUDGE

GGH:076
Jacobson1828.amd.wpd