IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY N. JACOBSON,

    Plaintiff,　　　　　　　　　　No. CIV S-08-1828 LKK GGH PS

    vs.

DEPARTMENT OF THE ARMY　　　　　　　ORDER
BOARD FOR CORRECTION OF
MILITARY RECORDS,

    Defendant.

_____/

    Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. This case is referred to this court pursuant to E. D. Cal. L. R. 72-302(c)(21) and 28 U.S.C. § 636(b)(1).

    After plaintiff filed a document apparently seeking to add new claims, this court ordered him to file an amended complaint on September 24, 2008. Plaintiff has not filed an amended complaint. Therefore, the action will proceed on the original complaint. Although plaintiff previously had been directed to supply the U.S. Marshal with forms for service of process, it is not clear that plaintiff has done so. Therefore, the Clerk of the Court will be directed to re-serve plaintiff with all proper forms. If plaintiff has already supplied the Marshal with forms, he shall file a statement to that effect.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Fed. R. Civ. P. 4, including a copy of this court's status order, without prepayment of costs.

2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this court's status order.

3. Provided plaintiff has not already done so, he is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, and *shall file a statement with the court that said documents have been submitted to the United States Marshal.* The court anticipates that, to effect service, the U.S. Marshal will require at least:

    a. One completed summons;

    b. One completed USM-285 form for each defendant;

    c. A copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal; and

    d. A copy of this court's status order for each defendant.

4. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on the defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

5. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

DATED: December 15, 2008                          /s/ Gregory G. Hollows

                                                  _____
                                                  GREGORY G. HOLLOWS
                                                  U. S. MAGISTRATE JUDGE

GGH:076
Jacobson1828.ord.wpd