IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY N. JACOBSON,

               Plaintiff,                    No. CIV S-08-1828 LKK GGH PS

     vs.

DEPARTMENT OF THE ARMY              ORDER
BOARD FOR CORRECTION OF
MILITARY RECORDS,
               Defendants.

_____/

          On December 14, 2010 and February 22, 2011, plaintiff filed letters requesting

that the court make certain findings in this case.  This civil rights action was closed on September

30, 2009.  Plaintiff's filings do not appear to be ones contemplated by the Federal Rules of Civil

or Appellate Procedure.  This court has no authority to consider plaintiff's letters.  Therefore,

these documents will be placed in the file and disregarded.

          IT IS SO ORDERED.

DATED:   March 10, 2011

                              /s/ Gregory G. Hollows

                          _____
                          UNITED STATES MAGISTRATE JUDGE

GGH:076/Jacobsen1828.58.wpd