UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY N. JACOBSON, | No. 2:08-cv-1828 LKK GGH PS |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF THE ARMY BOARD FOR CORRECTION OF MILITARY RECORDS, | |
| Defendant. | |

On June 13 and August 6, 2013, plaintiff filed letters requesting that the court make certain findings in this case. This action was closed on September 30, 2009, plaintiff's appeal was dismissed by the Ninth Circuit Court of Appeals on January 11, 2012, and the mandate was issued on March 6, 2012. Plaintiff's filings do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure. This court has no authority to consider plaintiff's letters. Therefore, these documents will be placed in the file and disregarded.

IT IS SO ORDERED.

Dated: August 15, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGSTRATE JUDGE

GGH:076/Jacobson1828.58.2

1